# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 3:19-cr-00820-H-1 |
| vs. | JUDGMENT OF DISMISSAL |
| Shabab Karimi, | |
| Defendant. | |

**FILED**
AUG 0 8 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  MXL  DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

[ ] an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

[ ] the Court has dismissed the case for unnecessary delay; or

[X] the Court has granted the motion of the Government for dismissal, with prejudice; or

[ ] the Court has granted the motion of the defendant for a judgment of acquittal; or

[ ] a jury has been waived, and the Court has found the defendant not guilty; or

[ ] the jury has returned its verdict, finding the defendant not guilty;

[X] of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) - Possession of Marijuana with Intent to Distribute

Dated: 8/8/2022

Hon. Michael S. Berg
United States Magistrate Judge